[No. 11944–3–I.   Division One.   July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
LEE PIETARILA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–00956–0, Terrence A. Carroll, J., entered
June 22, 1982. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Corbett, A.C.J., and Swanson, J.

[No. 11443–3–I.   Division One.   July 2, 1984.]

CYRIL M. FROL, *Appellant,* v. ROSCOE C. BURR,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 858346, Liem E. Tuai, J., entered February 10,
1982. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Callow and Andersen, JJ.

[No. 11365–8–I.   Division One.   July 2, 1984.]

DAVID T. PRITCHARD, ET AL, *Respondents,* v. NORMAN
R. DESTREMPS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–01655–1, Horton Smith, J., entered Jan-
uary 28, 1982. *Affirmed* by unpublished opinion per Callow,
J., concurred in by Durham, C.J., and Andersen, J.

[No. 10851–4–I.   Division One.   July 2, 1984.]

TRYG FORTUN, ET AL, *Respondents,* v. F & E
CO., INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–00439–5, Robert E. Dixon, J., entered
September 16, 1981. *Affirmed in part* and *remanded* by
unpublished opinion per Scholfield, J., concurred in by
Johnsen, J. Pro Tem., Ringold, J., dissenting.